Mary E. Bacon, Esq.
(NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JASON ROBINSON**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation, DOES 1 through X, and ROE CORPORATIONS XI through XX; inclusive,<br><br>Defendant. | Case No. 2:22-cv-00727<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

USAA Casualty Insurance Company ("USAA CIC" or "Defendant"), by and through its counsel of record, Spencer Fane LLP, and Jason Robinson ("Plaintiff"), by and through his counsel of record, Hicks & Braiser, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from May 12, 2022 to May 26, 2022. This is the parties' first request for an extension.

/ / /

/ / /

/ / /

---

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

1      Plaintiff's and Defendant's counsel have been working together to determine if early

2  resolution of this case is a possibility. The parties are informally exchanging information

3  and Defendant is evaluating a settlement demand in this matter. Further, Plaintiff has agreed

4  to the extension of time and no parties will be prejudiced by the brief extension. This

5  extension allows the parties to focus their efforts on case resolution.

6

7  Dated this 9th day of May, 2022.      Dated this 9th day of May, 2022.

8  **SPENCER FANE LLP**         **HICKS & BRASIER, PLLC**

9

10  /s/ Mary E. Bacon          /s/ Justin W. Wilson
Mary E. Bacon, Esq.         Justin W. Wilson, Esq.

11  (NV Bar No. 12686)          (NV Bar No. 14646)
300 S. Fourth Street, Suite 950   2630 S. Jones Blvd.

12  Las Vegas, NV 89101        Las Vegas, NV 89146
*Attorneys for Defendant*       *Attorneys for Plaintiff*

13

14                  **ORDER**

15             **IT IS SO ORDERED**

16             **DATED:** 11:41 am, May 11, 2022

17

18

19             **BRENDA WEKSLER**
                **UNITED STATES MAGISTRATE JUDGE**

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT