Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JASON ROBINSON**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation, DOES 1 through X, and ROE CORPORATIONS XI through XX; inclusive,<br><br>Defendant. | Case No. 2:22-cv-00727-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

USAA Casualty Insurance Company ("USAA CIC" or "Defendant"), by and through its counsel of record, Spencer Fane LLP, and Jason Robinson ("Plaintiff"), by and through his counsel of record, Hicks & Braiser, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from May 26, 2022 to June 10, 2022. This is the parties' second request for an extension.

/ / /

/ / /

/ / /

Plaintiff's and Defendant's counsel have been working together to determine if early resolution of this case is a possibility. The parties are informally exchanging information and Defendant is evaluating a settlement demand in this matter. Further, Plaintiff has agreed to the extension of time and no parties will be prejudiced by the brief extension. This extension allows the parties to focus their efforts on case resolution.

Dated this 23rd day of May, 2022.                     Dated this 23rd day of May, 2022.

**SPENCER FANE LLP**                                  **HICKS & BRASIER, PLLC**

   /s/ *Mary E. Bacon*                                   /s/ *Justin W. Wilson*
Mary E. Bacon, Esq. (NV Bar No. 12686)                Justin W. Wilson, Esq.
300 S. Fourth Street, Suite 950                       2630 S. Jones Blvd.
Las Vegas, NV 89101                                   Las Vegas, NV 89146
*Attorneys for Defendant*                             *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:28 pm, May 24, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**