Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JASON ROBINSON**, individually,<br><br>             Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation, DOES 1 through X, and ROE CORPORATIONS XI through XX; inclusive,<br><br>             Defendant. | Case No. 2:22-cv-00727<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(THIRD REQUEST)** |

USAA Casualty Insurance Company ("USAA CIC" or "Defendant"), by and through its counsel of record, Spencer Fane LLP, and Jason Robinson ("Plaintiff"), by and through his counsel of record, Hicks & Braiser, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from June 10, 22 to June 24, 2022. This is the parties' third request for an extension.

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

Plaintiff's and Defendant's counsel are continuing to work together to determine if early resolution of this case is a possibility. The parties have and are continuing to informally exchange information and Defendant is evaluating a current settlement demand in this matter. Vacation schedules have created a time delay in attempts to resolve this case. The parties agree that this extension of time and no parties will be prejudiced by the brief extension. This extension allows the parties to continue to focus their efforts on case resolution.

Dated this 6th day of May, 2022.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq. (NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Defendant*

Dated this 6th day of May, 2022.

**HICKS & BRASIER, PLLC**

/s/ Justin W. Wilson
Justin W. Wilson, Esq.
2630 S. Jones Blvd.
Las Vegas, NV 89146
*Attorneys for Plaintiff*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 12:38 pm, June 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**