Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JASON ROBINSON**, individually,<br><br>    Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; a foreign corporation, DOES 1 through X, and ROE CORPORATIONS XI through XX; inclusive,<br><br>    Defendant. | Case No. 2:22-cv-00727-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

USAA Casualty Insurance Company ("USAA CIC" or "Defendant"), by and through its counsel of record, Spencer Fane LLP, and Jason Robinson ("Plaintiff"), by and through his counsel of record, Hicks & Braiser, hereby stipulate and agree to dismiss Plaintiff's Complaint, *with prejudice*. Each party will bear its own fees and costs.

Dated this 15th day of August, 2022.                Dated this 15th day of August, 2022.

**SPENCER FANE LLP**                                **HICKS & BRASIER, PLLC**

/s/ Mary Bacon                                      /s/ Justin Wilson
Mary E. Bacon, Esq. (NV Bar No. 12686)              Justin W. Wilson, Esq.
300 S. Fourth Street, Suite 950                     2630 S. Jones Blvd.
Las Vegas, NV 89101                                 Las Vegas, NV 89146
*Attorneys for Defendant*                           *Attorneys for Plaintiff*

### ORDER

All deadlines are hereby vacated. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: August 15, 2022